# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Tivoris Montrel Cutler                                Docket No. 5:08-CR-208-2D

### Petition for Action on Supervised Release

COMES NOW Dewayne L. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Tivoris Montrel Cutler, who, upon an earlier plea of guilty to 18 U.S.C. §§ 1344 and 2, Bank Fraud and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 25, 2009, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Tivoris Montrel Cutler was released from custody on May 28, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 14, 2010, the undersigned probation officer received a call from a drug task force officer, who advised that officers were executing a search warrant at the home of a convicted felon, Terrence Lee Rogers. When authorities approached the residence in rural Edgecombe County, Cutler answered the door. During the search, officers located a handgun, approximately one ounce of marijuana, digital scales, and approximately $3,800 in U.S. currency. The probation officer went to the residence during the search and talked with officers as well as the Cutler, who was not charged. Investigation revealed that Cutler arrived at the dwelling just prior to officers approaching the residence. He was not under investigation. According to the defendant, Rogers is his maternal first cousin, and he was simply visiting him. Reportedly, Cutler did not know that his cousin was a convicted felon as Rogers received his felony conviction while the defendant was in prison.

A record check conducted on July 15, 2010, revealed that on June 23, 2010, the defendant was charged in Wake County, North Carolina, with Driving While License Revoked and Speeding 83/70. He failed to notify the probation officer of these charges within 72 hours as required. During an office visit on July 15, 2010, the defendant admitted guilt, but stated that he "did not get around to telling you about this charge."

Tivoris Montrel Cutler
Docket No. 5:08-CR-208-2D
Petition For Action
Page 2

As a sanction for these violations, we are recommending that Cutler be placed on home confinement for a period of 90 consecutive days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Dewayne L. Smith<br>Dewayne L. Smith<br>U.S. Probation Officer<br>1760 Parkwood Blvd., Room 201<br>Wilson, NC 27893-3564<br>Phone: (252) 237-0788<br>Executed On: July 16, 2010 |

### ORDER OF COURT

Considered and ordered this 20 day of July, 2010, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge